RECEIVED

FEB - 5 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH C. YOUNG, III<br>LA. DOC #345719<br>VS. | CIVIL ACTION NO. 6:14-cv-0901<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| RYAN RUSSO, ET AL. | MAGISTRATE JUDGE C. MICHAEL HILL |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure and alternatively, under Local Rule 41.3 of the United States District Court for the Western District of Louisiana..

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this _____ day of ___February___, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE